BEAN SOAP Co., APLTE. — C. D. Guayama. Rebeldía. Abril 8, 1924.

No. 2126.—EL PUEBLO, APDO., v. BARBOSA ET AL., APLTE.— C. D. Humacao. Abril 1, 1924.

No. 2160.—EL PUEBLO, APDO., v. DIEPPA ET AL., APLTES.— C. D. Humacao. Acometimiento y agresión. Abril 4, 1924.

No. 2193.—EL PUEBLO, APDO., v. LONGO, APLTE.—C. D. San Juan, Disto. 1º. Abril 8, 1924.

No.. 2233.—EL PUEBLO, APDO., v. SERRANO, APLTE.—C. D. San Juan, Disto. 2º. Portar armas. Abril 10, 1924.

No. 2202.—EL PUEBLO, APDO., v. ESTEVES, APLTE.—C. D. San Juan, Disto. 1º. Infracción ley de automóviles. Abril 10, 1924.

No. 2234.—EL PUEBLO, APDO., v. VARGAS, APLTE.—C. D. San Juan, Disto. 2º. Adulteración de leche. Abril 11, 1924.

No. 2236.—EL PUEBLO, APDO., v. AYALA, APLTE.—C. D. San Juan, Disto. 2º. Alterar la paz. Abril 11, 1924.

No. 2237.—EL PUEBLO, APDO., v. VÉLEZ, APLTE.—C. D. Ponce. Homicidio. Abril 15, 1924.

No. 2254.—EL PUEBLO, APDO., v. MONGE, APLTE.—C. D. Humacao. Infracción ley de cirugía dental. Abril 25, 1924.

No. 3129.—VEGA, APDA., v. PONCE ET AL., APLTES.—C. D. Mayagüez. Reclamación de legado. Abril 25, 1924.

No. 2256.—EL PUEBLO, APDO., v. VARELA, APLTE.—C. D. Aguadilla. Incendio malicioso. Abril 29, 1924.

No. 2257.—EL PUEBLO, APDO., v. VÉLEZ ET AL., APLTES.— C. D. Humacao. Robo. Abril 29, 1924.

No. 2258.—EL PUEBLO, APDO., v. AYALA, APLTE.—C. D. Humacao. Asesinato en segundo grado. Mayo 1, 1924.

No. 2268.—EL PUEBLO, APDO., v. BAIRON, APLTE.—C. D. Arecibo. Escalamiento. Mayo 2, 1924.

No. 2269.—EL PUEBLO, APDO., v. BAÑOS, APLTE.—C. D. Arecibo. Escalamiento. Mayo 22, 1924.

No. 2275. — EL PUEBLO, APDO., v. GUARDIOLA, APLTE. — C. D. San Juan, Disto. 2º. Adulteración de leche. Mayo 28, 1924.